**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: Becky R. Thorson |
| | U.S. Magistrate Judge |
| v. | Case No: 18-mj-715 BRT |
| | Date: August 16, 2018 |
| Kelly Ann Sanchez, | Courthouse: St. Paul |
| | Courtroom: 6A |
| Defendant, | Time Commenced: 2:03 p.m. |
| | Time Concluded: 2:08 p.m. |
| | Time in Court: 5 minutes |

APPEARANCES:

Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
Defendant: Doug Micko, Assistant Federal Public Defender
   ✖ FPD     ✖ To be appointed

Date Charges Filed: 8/15/2018        Offense: possess with intent to distribute heroin

✖ Advised of Rights

on     ✖ Complaint

✖ Government moves for detention.
Motion is ✖ granted, temporary detention ordered.

Next appearance date is August 20, 2018 at 1:00 p.m. before U.S. Magistrate Judge Becky R. Thorson, CR 6A STP for:
   ✖ Detention hrg     ✖ Preliminary hrg

Additional Information:

                                                   s/Janet Midtbo
                                              Signature of Courtroom Deputy