# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| Kelly Ann Sanchez, | ) |
| Defendant. | ) |

**COURT MINUTES - CRIMINAL**
BEFORE:   Becky R. Thorson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 18-mj-715 BRT |
| Date: | August 20, 2018 |
| Courthouse: | St. Paul |
| Courtroom: | 6A |
| Time Commenced: | 1:06 p.m. |
| Time Concluded: | 1:26 p.m. |
| Time in Court: | 20 minutes |

✖ **PRELIMINARY/DETENTION HRG**
  Time in Court Prelim/Det: 2 minutes/18 minutes

APPEARANCES:

  Plaintiff: Charles Kovats, Assistant U.S. Attorney
  Defendant: Gary Wolf
          ✖ CJA

On  ✖ Complaint

✖ Bond RPR set in the amount of $25,000.00 with conditions; see Order Setting Conditions of Release.

✖ Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

Deft waived the preliminary hearing.

Deft detained until a bed is available at a half-way house.

                                                     s/Janet Midtbo
                                            Signature of Courtroom Deputy